IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **MICHAEL S. FARCIGLIA and DIANNE FARCIGLIA,** | Case No.: 08-CV-1357 PAM/JSM |
| **Plaintiffs,** | |
| v. | **RULE 7.1 STATEMENT** |
| **PFIZER INC., PHARMACIA CORPORATION, and G.D. SEARLE, LLC,** | |
| **Defendants.** | **Jury Trial Demanded** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Pfizer Inc. ("Pfizer"), Pharmacia Corporation ("Pharmacia"), and G.D. Searle LLC ("Searle") submit this their Corporate Disclosure Statement. Defendants Pfizer, Pharmacia and Searle state:

1. Defendant Pfizer Inc. does not have any parent corporations, and no publicly traded company owns 10% or more of Pfizer Inc.'s stock.

2. Defendant Pharmacia Corporation is a wholly-owned subsidiary of Defendant Pfizer Inc.

3. Defendant G.D. Searle LLC is a limited liability company whose sole member is Pharmacia & Upjohn Company LLC, which is a limited liability company whose sole member is Pharmacia & Upjohn LLC, which is a limited liability company whose sole member is Pharmacia Corporation.

Respectfully submitted,

Dated: June 11, 2008.   FAEGRE & BENSON LLP

*s/ Joseph M. Price*
Joseph M. Price, # 88201
Erin M. Verneris # 0335174
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
T (612) 766-7000
F (612) 766-1600

fb.us.2972859.01

*Attorneys for Defendants Pfizer Inc., Pharmacia Corporation, and G.D. Searle LLC*