CLOSED, CV

# U.S. District Court
## District of Minnesota (DMN)
## CIVIL DOCKET FOR CASE #: 0:08–cv–01357–PAM–JSM

Farciglia et al v. Pfizer Inc. et al DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.
Assigned to: Senior Judge Paul A. Magnuson
Referred to: Magistrate Judge Janie S. Mayeron
Cause: 28:1332–pip–Diversity–Personal Injury, Product Liability

Date Filed: 05/19/2008
Date Terminated: 07/28/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Michael S. Farciglia**　　　　　　　　　　　　represented by　**Brian–NA A. Goldstein**
*individually and as Husband and Wife*　　　　　　　　　　　　Not Admitted
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**James C MacGillis**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Trepanier &MacGillis PA
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　310 4th Ave S Ste 8000
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Mpls, MN 55415
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　612–455–0500
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 612–455–0501
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: jmacgillis@trepanierlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dianne Farciglia**　　　　　　　　　　　　　represented by　**Brian–NA A. Goldstein**
*individually and as Husband and Wife*　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**James C MacGillis**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer Inc.**　　　　　　　　　　　　　　　represented by　**Erin M Verneris**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Faegre &Benson LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　90 S 7th St Ste 2200
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Mpls, MN 55402–3901
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　612–766–7380
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 612–766–1600
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: everneris@faegre.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

|   |   | **Joseph M Price** |
|---|---|---|
|   |   | Faegre &Benson LLP |
|   |   | 90 S 7th St Ste 2200 |
|   |   | Mpls, MN 55402–3901 |
|   |   | 612–766–7000 |
|   |   | Fax: 612–766–1600 |
|   |   | Email: jprice@faegre.com |
|   |   | *LEAD ATTORNEY* |
|   |   | *ATTORNEY TO BE NOTICED* |

**Defendant**

| **Pharmacia Corporation** | represented by | **Erin M Verneris** |
|---|---|---|
|   |   | (See above for address) |
|   |   | *LEAD ATTORNEY* |
|   |   | *ATTORNEY TO BE NOTICED* |
|   |   |   |
|   |   | **Joseph M Price** |
|   |   | (See above for address) |
|   |   | *LEAD ATTORNEY* |
|   |   | *ATTORNEY TO BE NOTICED* |

**Defendant**

| **G.D. Searle, LLC** | represented by | **Erin M Verneris** |
|---|---|---|
|   |   | (See above for address) |
|   |   | *LEAD ATTORNEY* |
|   |   | *ATTORNEY TO BE NOTICED* |
|   |   |   |
|   |   | **Joseph M Price** |
|   |   | (See above for address) |
|   |   | *LEAD ATTORNEY* |
|   |   | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/19/2008 | Ï 1 | COMPLAINT against Pharmacia Corporation, G.D. Searle, LLC, Pfizer Inc. ( Filing fee $ 350 receipt number 40023900.) assigned to Judge Paul A. Magnuson per Master referred to Magistrate Judge Janie S. Mayeron, filed by Michael S. Farciglia, Dianne Farciglia. (Attachments: # 1 Civil Cover Sheet) (JMH) (Entered: 05/19/2008) |
| 05/19/2008 | Ï | Summons Issued as to Pharmacia Corporation, G.D. Searle, LLC, Pfizer Inc. (JMH) (Entered: 05/19/2008) |
| 06/11/2008 | Ï 2 | ANSWER to Complaint by Pharmacia Corporation, G.D. Searle, LLC, Pfizer Inc.. (Price, Joseph) (Entered: 06/11/2008) |
| 06/11/2008 | Ï 3 | RULE 7.1 DISCLOSURE STATEMENT by Pharmacia Corporation, G.D. Searle, LLC, Pfizer Inc. that there is no such parent or publicly held corporation to report. (Price, Joseph) (Entered: 06/11/2008) |
| 06/11/2008 | Ï 4 | CERTIFICATE OF SERVICE by Pharmacia Corporation, G.D. Searle, LLC, Pfizer Inc. re 2 Answer to Complaint, 3 Rule 7.1 – Disclosure Statement (Price, Joseph) (Entered: 06/11/2008) |

| | | |
|---|---|---|
| 07/28/2008 | Ï 5 | CERTIFIED COPY OF TRANSFER ORDER (CTO–104) from the Judicial Panel on Multi–District Litigation; transferring case to the Northern District of California for coordinated or consolidated pretrial proceedings. Case assigned to Judge Charles R Breyer. (kt) (Entered: 07/28/2008) |
| 07/28/2008 | Ï | NOTICE: Case has been transferred/extracted to the Northern District of California. (kt) (Entered: 07/28/2008) |